**United States Bankruptcy Court**
**Eastern District of New York**

In re   **Kent Wythe Holdco LLC**                              Case No.   **23-40271-jmm**
Debtor(s)                                                      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: 2/7/2023 | 11:13 AM PST

*Zalman Landau* (DocuSigned)
**Zalmen Landau/Manager, Trustee of the ZL Family 2022 Trust**
Signer/Title

Date: 2/7/2023 | 1:37 PM EST

*Fred Ringel* (DocuSigned)
Signature of Attorney
**FRED B. RINGEL**
**LEECH TISHMAN ROBINSON BROG, PLLC**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**

67 Kent Ave Brooklyn LLC
c/o Prologis L.P.
461 5th Avenue, 21st Fl.
New York, NY 10017


67 Kent Ave Brooklyn LLC
c/o Prologis, L.P.
1800 Wazee St., Ste 500
Attn: General Counsel
Denver, CO 80202


CORP. COUNSEL FOR NYC
100 CHURCH STREET
New York, NY 10007


David Weingarten CPA
1742 46th Street
Brooklyn, NY 11204


Faegre Drinker Biddle
Attn: Brian P. Morgan
1177 Ave. of the Americas
41st Floor
New York, NY 10036


First American Title Ins.
1380 17th Street
Attn:  Nichole Segura
Denver, CO 80202


INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101-7346


Katten Muchin Rosenman
50 Rockefeller Plaza
Attn:  Timothy G. Little
New York, NY 10020


Kent Assemblage LLC
4403 15th Avenue
Suite 179
Brooklyn, NY 11219

```
NY STATE DEPT. OF FINANCE
ATTN:  BANKRUPTCY SPECIAL
PO BOX 5300
Albany, NY 12205


NYC DEPT. OF FINANCE
375 PEARL STREET, 27TH FL
ATTN:  LEGAL AFFAIRS
New York, NY 10038


NYC LAW DEPARTMENT
TAX AND BANKRUPTCY LITIGA
100 CHURCH STREET
New York, NY 10007


NYS Attorney General
28 Liberty St.
New York, NY 10005


ORITLOW SERVICES INC
5308 13th Ave, Ste 593
Brooklyn, NY 11219


Prologis L.P.
461 5th Avenue
21st Floor
New York, NY 10017


Prologis, L.P.
1800 Wazee Street
Suite 500
Attn: General Counsel
Denver, CO 80202


The Law Office Of Abraham
Neuhaus, LLC
124 Benjamin Street
Toms River, NJ 08755


Ulmer & Berne LLP
PO Box 74529
Cleveland, OH 44194
```

```
US ATTY OFFICE - EDNY
BANKRUPTCY PROCESSING
271-A CADMAN PLAZA EAST
Attn: Sean Greene-Delgado
Brooklyn, NY 11201


ZL LENDER LLC
3839 Flatlands Ave.
Suite 208
Brooklyn, NY 11234
```